**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 112947

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 17 2018   ★

LONG ISLAND OFFICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORISSA LEAVENS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> R.A. ROGERS, INC., <br><br> Defendant. | Docket No: 2:17-cv-07588-ADS-GRB <br><br> **NOTICE OF SETTLEMENT** |

Now comes the Plaintiff CORISSA LEAVENS, INDIVIDUALLY AND ON BEHALF OF ALL

OTHERS SIMILARLY SITUATED by and through counsel, to provide notice to the Court that the

present cause has been settled between the parties, and state:

1.  A settlement agreement ("Agreement") is in the process of being finalized. Once the

    Agreement is fully executed, and Plaintiffs have received the consideration required pursuant

    to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice*

    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the

    case be dismissed and closed.

2.  The parties respectfully request that the Court stays this case and adjourns all deadlines and

    conferences.

1

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: July 16, 2018

BARSHAY SANDERS, PLLC

By: /s/ David M. Barshay
David M. Barshay, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
ConsumerRights@BarshaySanders.com
Attorneys for Plaintiff
Our File No.: 112947

SO ORDERED: The Clerk of the Court is respectfully directed to close this case.  The parties are granted leave to move to reopen this matter in the event the settlement is not consummated.

s/ Arthur D. Spatt

Arthur D. Spatt, U.S.D.J.

7/17/18
Date

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530

2