UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Corissa Leavens, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

R.A. Rogers, Inc.,

        Defendant.

Docket No: 2:17-cv-07588-ADS-GRB

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 08 2018 ★

LONG ISLAND OFFICE

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: August 7, 2018

| | |
|---|---|
| **BARRON & NEWBURGER, P.C.** | **BARSHAY SANDERS, PLLC** |
| By: /s Arthur Sanders | By: /s Craig B. Sanders |
| Arthur Sanders, Esq. | Craig B. Sanders |
| 30 South Main Street | 100 Garden City Plaza, Suite 500 |
| New City, New York 10956 | Garden City, New York 11530 |
| Tel: (845) 499-2990 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 112947 |
| | *Attorneys for Plaintiff* |

SO ORDERED: Case shall remain closed.

*s/ Arthur D. Spatt*
_____
Arthur D. Spatt, U.S.D.J.

8/8/18
_____
Date